UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMANDA McAFEE-RYAN,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cr-00213-JNW<br><br>ORDER |

　　　　Having considered Amanda McAfee-Ryan's unopposed motion to continue her sentencing hearing, along with the remainder of the record, the Court finds that the ends of justice are served by a continuance of the sentencing date. Accordingly, the Court GRANTS McAfee-Ryan's motion, Dkt. No. 34. The sentencing date of February 20, 2025, is RESET to March 7, 2025, at 11:00 a.m.

　　　　Dated this 19th day of February, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1