The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA MCAFEE-RYAN,<br><br>Defendant. | NO. CR24-213 JNW<br><br>UNITED STATES' SUPPLEMENTAL BRIEF REGARDING RESTITUTION |

At Defendant McAfee-Ryan's sentencing tomorrow, the government will request that the Court set a separate hearing later this month to determine the final restitution amount owed to the Victim. The Plea Agreement orders Defendant McAfee-Ryan to "make restitution to the Victim Company in the amount of its economic loss as determined by the Court at the time of sentencing, which is at least $891,097.71, with credit for any amounts already paid by Defendant or other entities." Dkt. 9, ¶ 14.

The reasons for the government's request for a separate restitution hearing are as follows. First, the government has learned that the Victim is in the process of getting refunds and/or tax credits from the Internal Revenue Service for a portion of the federal taxes that were collected from co-defendant John Ryan's wages. Ultimately, these refunds will reduce the final restitution obligations of the defendants. The government

United States Supplemental Memo - 1
*United States v. McAfee-Ryan, et al.*, CR24-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

needs additional time to work with the Victim's tax attorney to confirm the final refund amount, which the government understands is over $70,000 as of today and is expected to increase in the coming days.

Second, the government is collecting evidence of the fees the Victim had to pay his tax attorney and CPA to pursue these IRS refunds, which are recoverable as a "direct and foreseeable" loss of the criminal conduct. *See United States v. Cummings*, 281 F.3d 1046, 1052 (9th Cir. 2002).

Third, the government understands that the Victim may present additional evidence of losses suffered, apart from what the government plans to seek in any restitution award. A separate restitution hearing will give the defense and the Court sufficient time to review and consider any additional losses raised by the Victim.

DATED this 6th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Amanda McDowell*
AMANDA MCDOWELL
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-5040
Email: Amanda.mcdowell@usdoj.gov

United States Supplemental Memo - 2
*United States v. McAfee-Ryan, et al.*, CR24-213-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970